# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Richard Edwards dba Eurotrading

V.

Symbolic International, Inc.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv1826-JMA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants defendant's motion for summary judgment and denies plaintiff's motion for summary judgment. Judgment is entered in favor of the defendant..............................................................................

| May 1, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON May 1, 2009

[Case Number]